**Robert DUNSTAN, Appellant,**

v.

**TOMPKINS IMPLEMENT COMPANY, Respondent.**

**WD 80292**

Missouri Court of Appeals, Western District.

Order filed: October 24, 2017

Audrey E. Smollen, Jefferson City, for Appellant

Matthew F. Howard, Eldon, for Respondent

("The trial court was in the best position to determine [the venireperson's] qualification to

Before Division Four: Mark D. Pfeiffer, Chief Judge, Gary D. Witt, Judge and Edward R. Ardini, Jr., Judge

## ORDER

PER CURIAM:

Robert Dunstan appeals from the judgment of the Circuit Court of Miller County in favor of Tompkins Implement Company on his claim brought under Missouri's Merchandising Practices Act. Finding no error, we affirm. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. Missouri Supreme Court Rule 84.16(b).